UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLENE CHARLTON,

        Plaintiff,        Case No. 1:11cv992

v.        Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

                              /

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 1, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 1, 2013, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that plaintiff's request for a remand to the Commissioner is **DENIED** because she failed to carry her burden under sentence six of 42 U.S.C. § 405(g).

        **IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED.**

                              /s/ Robert J. Jonker
                              ROBERT J. JONKER
                              UNITED STATES DISTRICT JUDGE

DATED: October 29, 2013.